# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | 8:18CR66 |
| vs. | ) |  |
|  | ) | ORDER |
| LUIS HARO, | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

This matter is before the court on the government's Motion to Continue Trial [24]. The government's essential witness has recently had surgery and is unable to assist with trial preparation. Good cause being shown, the motion shall be granted and the trial shall be continued.

**IT IS ORDERED** that the Motion to Continue Trial [24] is granted, as follows:

1. The jury trial currently scheduled set for August 20, 2018, is continued to **October 15, 2018.**

2. The time between today's date and the commencement of trial is deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that in continuing trial the ends of justice outweigh the best interest of the public and Defendant in a speedy trial and for the reasons set out in the government's motion to continue trial, specifically to avoid a miscarriage of justice, and the need for continuity of counsel for the government and reasonable time necessary for effective representation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(7)(A) & (B)(i), (iv).

3. A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than **August 17, 2017.** The objecting party must comply with all requirements of NECrimR 59.2.

**DATED August 13, 2018**

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**