# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:18CR66 |
| vs. | ) | |
| LUIS HARO, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the government's Motion to Continue Trial [27]. A necessary government witness will be unavailable for trial through the week. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [27] is granted, as follows:

1. The jury trial, now set for October 22, 2018 is continued to **November 6, 2018.**

2. A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than October16, 2018**.** The objecting party must comply with all requirements of NECrimR 59.2.

**DATED: October 10, 2018.**

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**