**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) 8 | **8:18CR66** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER** |
| **LUIS HARO,** | ) | |
| | ) | |
| **Defendant.** | ) | |


This matter is before the court on the defendant's unopposed Motion to Continue Trial [29]. Counsel has a trial conflict with a previously scheduled private matter. Counsel needs additional time to consult with his client regarding a potential trial and to consider his options and review discovery. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [29] is granted, as follows:

1. The jury trial, now set for November 6, 2018, is continued to **February 4, 2019. No further continuances will be granted without a teleconference with the undersigned magistrate judge.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and February 4, 2019**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED: October 29, 2018.**

**BY THE COURT:**


**s/ Michael D. Nelson
United States Magistrate Judge**