IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:18CR66 |
| v. | |
| LUIS HARO, | FINAL ORDER OF FORFEITURE |
| Defendant. | |

This matter is before the Court on the government's Motion for Final Order of Forfeiture (Filing No. 64). The Court has reviewed the record in this case and finds as follows:

1. On May 6, 2019, the Court entered a Preliminary Order of Forfeiture (Filing No. 61) pursuant to 21 U.S.C. §§ 846 and 853 and 18 U.S.C. §§ 922 and 924, based upon defendant Luis Haro ("Haro") pleading guilty to Counts I, IV and V of the Indictment and admitting the Forfeiture Allegation (Filing No. 1). Under the Preliminary Order of Forfeiture, Haro forfeited to the government any interest he had in $4,140.92 in United States currency taken from Haro's person and vehicle on February 12, 2018.

2. A Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on May 9, 2019, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed in this case on July 9, 2019 (Filing No. 63).

3. The government has advised the Court that no Petitions have been filed. A review of the record confirms that assertion.

4. The government's Motion for Final Order of Forfeiture should be granted.

Accordingly,

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture (Filing No. 64) is granted.
2. All right, title and interest in and to the $4,140.92 in United States currency taken from Haro's person and vehicle on February 12, 2018, held by any person or entity are forever barred and foreclosed.
3. The $4,140.02 in United States currency is forfeited to the government.
4. The government is directed to dispose of that currency in accordance with law.

Dated this 10th day of July 2019.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge