IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>LUIS HARO,<br><br>           Defendant. | 8:18CR66<br><br>JUDGMENT |

In accordance with the Memorandum and Order entered today (Filing No. 80), judgment is entered in favor of the United States of America and against Luis Haro.

Dated this 23rd day of September 2020.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge